JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY A. W., | Case No. 5:23-cv-00758-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is reversed and this case is remanded for further administrative proceedings consistent with the Opinion.

DATED: <u>November 20, 2023</u>

KAREN E. SCOTT
United States Magistrate Judge